## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__     Erie _____     Johnstown _____

Related to No. ___20-360 & 20-342___   Judge ___Hon. William S. Stickman___
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. _X_ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: __JAMES PAPROCKI__

Is indictment waived:            _X_ Yes      ____ No

Pretrial Diversion:              ____ Yes     _X_ No

Juvenile proceeding:             ____ Yes     _X_ No

Defendant is:                    _X_ Male     ____ Female

Superseding indictment or information    ____ Yes     _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:   __Allegheny County__

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | _____ |
| Defendant: | ____ is in custody | _X_ is not in custody |
| Name of Institution: | | _____ |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ yes | ____ no |
| Date detainer filed: | | _____ |
| Total defendants: | 1 | |
| Total counts: | 1 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | JAMES PAPROCKI | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Commit an Offense Against the United States | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: June 10, 2021

/s/ Michael Leo Ivory
MICHAEL LEO IVORY
Assistant U.S. Attorney
PA ID No. 59296